U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Ira Holtzman, individually and as the representative of a class of similarly-situated persons, Plaintiff, <br> v. <br> North American Professional Liability Insurance Agency, LLC, Defendant | FILED: MARCH 28, 2008 <br> 08CV1798         EDA <br> JUDGE ZAGEL <br> MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant North American Professional Liability Insurance Agency, LLC

| NAME (Type or print) |
|---|
| Thomas H. Ryerson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Thomas H. Ryerson |

| FIRM |
|---|
| Clausen Miller P.C. |

| STREET ADDRESS |
|---|
| 10 S. LaSalle Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2435918 | 312/855-1010 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |