# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Ira Holtzman, individually and as the representative of a class of similarly-situated persons, Plaintiff,<br>v.<br>North American Professional Liability Insurance Agency, LLC, Defendant | FILED: MARCH 28, 2008<br>08CV1798           EDA<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant North American Professional Liability Insurance Agency, LLC

---

| | |
|---|---|
| **NAME** (Type or print)<br>Maria Z. Vathis | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Maria Z. Vathis | |
| **FIRM**<br>Clausen Miller P.C. | |
| **STREET ADDRESS**<br>10 S. LaSalle Street | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6276866 | **TELEPHONE NUMBER**<br>312/855-1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |