IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>v.<br><br>NORTH AMERICAN PROFESSIONAL LIABILITY INSURANCE AGENCY, LLC,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 CV 1798<br>) Judge Zagel<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, IRA HOLTZMAN, hereby files a voluntary dismissal without prejudice of the Class Action Complaint against Defendant, NORTH AMERICAN PROFESSIONAL LIABILITY INSURANCE AGENCY, LLC, as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons

By: /s/ Brian J. Wanca
One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2008, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

    Thomas H. Ryerson    tryerson@clausen.com

    Maria Zoee Vathis    mvathis@clausen.com

*/s/ Brian J. Wanca*
Brian J. Wanca
Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |