**(Document Entered In Error)**

Case 1:08-cv-01798   Document 8-2   Filed 03/31/2008   Page 1 of 1